■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARVIA HAMILTON, Also Known as KARVA HAMILTON, Appellant. [745 NYS2d 919]

The County Court properly denied that branch of the defendant's omnibus motion which was to suppress physical evidence without a hearing, since the motion did not contain sworn allegations of fact supporting the defendant's claim that he was arrested without probable cause (*see* CPL 710.60; *People v Mendoza,* 82 NY2d 415; *People v Alers,* 234 AD2d 310). Ritter, J.P., Feuerstein, Adams and Mastro, JJ., concur.